# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                                               **4:02-CR-033-SPM**

**ALBERT GAY,**

    **Defendant.**
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 67) dated June 27, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.   After being granted two extensions of time, Defendant filed his objections (doc. 72) on August 14, 2006.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Even in light of the "Haines rule"[1] cited by Defendant, which prescribes a liberal construction of *pro se* inmate filings, Defendant's claims lack merit.  The

---

[1] Haines v. Kerner, 404 U.S. 519 (1972).

magistrate judge carefully considered the factual history available to him in making his decision, and even considering all facts in the light most favorable to Defendant, the motion fails to state a claim for relief.  Defendant has not shown any error in the magistrate's findings.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 67) is adopted and incorporated by reference in this order.

2. Defendant's §2255 post-conviction motion (doc. 51) is hereby *denied*.

**DONE AND ORDERED** this seventeenth day of August, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge